```
                                                USDC SDNY
                                                DOCUMENT ELECTRONICALLY
                                                FILED
                                                DOC#: _____
                                                DATE FILED: 7-17-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICTOR LOPEZ,

                Plaintiff,

-against-

AMERICAN HOTEL LLC.,

                Defendant.

---

19-cv-02868 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   July 17, 2019
           New York, New York

                                              _____
                                              ANDREW L. CARTER, JR.
                                              United States District Judge